# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134804

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEWAYNE ALLEN HEARN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134804
COA: 278677
Hillsdale CC: 06-301070

      On order of the Court, the application for leave to appeal the July 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

                             Clerk

11119